Order issued February 25, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

No. 05-13-01659-CR
No. 05-13-01660-CR

_____

**CHRISTOPHER EUGENE ADDISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

# O R D E R

Before Justices Lang, Stoddart, and Schenck

Based on the Court's opinion of this date, we **GRANT** the October 7, 2014 motion of Riann C. Moore for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Riann C. Moore as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Christopher Eugene Addison, TDCJ No. 1899985, Bartlett State Jail, 1018 Arnold Drive, Bartlett, Texas, 76511.

/ Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE